MAY WESSEL, Respondent, *v.* ALBERT J. SCHWARZLER, Appellant.

Reported below, 162 App. Div. 909.
(Submitted June 15 1914; decided June 18, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for alleged breach of promise of marriage.

The motion was made upon the ground that the appeal was frivolous and without merit.

*Julius Henry Cohen* and *Theodore B. Richter* for motion.

*Max D. Steuer* and *Edward J. Krug, Jr.,* opposed.

Motion denied, with ten dollars costs.